No. 772. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RO-DRÍGUEZ, DEFENDANT AND APPELLANT.—Burglary in the second degree. San Juan, Section 2. May 3, 1915. *Judgment affirmed.*

No. 1308. FAJARDO, PLAINTIFF AND APPELLANT, *v.* FAJARDO, DEFENDANT AND RESPONDENT.—Injunction. Mayagüez. May 4, 1915. *Appeal withdrawn.*

No. 59. EX PARTE HUERTAS, PETITIONER.—*Habeas corpus.* May 5, 1915. · *Petition denied.*

No. 790. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* SAL-GADO, DEFENDANT AND APPELLANT.—Violation of section 370 of the Penal Code. San Juan, Section 2. May 6, 1915. *Appeal dismissed.*

No. 60. EX PARTE HUERTAS, PETITIONER.—*Habeas corpus.* May 8, 1915. *Petition denied.* (*Vide* decision on reconsideration of May 25, 1915.)

No. 1323. ARÁN, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ ET AL., DEFENDANTS AND RESPONDENTS.—Memorandum of costs in an action in intervention and for injunction. Mayagüez. May 18, 1915. *Appeal dismissed.*

No. 1083. OLIVER, PETITIONER AND RESPONDENT, *v.* ANDINO ET AL., CONTESTANTS AND APPELLANTS.—Proceedings to establish ownership. San Juan, Section 2. May 20, 1915. Appeal dismissed as to Domingo Andino and María Ayala and ordered that the names of John Doe and Richard Roe be substituted for those of the unknown heirs of Agustina Cepeda.

No. 1336. LEDÉE, PLAINTIFF AND RESPONDENT, *v.* LÓPEZ, DEFENDANT AND APPELLANT.—*Patria potestas.* Guayama. May 25, 1915. *Appeal dismissed.*